COMMONWEALTH of Pennsylvania, DEPARTMENT OF TRANSPORTATION, Respondent

v.

Travis James GIGOUS, Petitioner.

Supreme Court of Pennsylvania.

March 16, 2010.

**ORDER**

PER CURIAM.

AND NOW, this 16th day of March, 2010, the Petition for Allowance of Appeal is **GRANTED.** The Order of the Commonwealth Court is **VACATED,** and the case is **REMANDED** for reconsideration in light of *Commonwealth v. Haag,* 981 A.2d 902 (Pa.2009).